IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN L. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER: 2:03-CV-555-F |
| v. ) | |
| ) | |
| CENTURYTEL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT CENTURYTEL'S LISTS OF TRIAL WITNESS AND EXHIBITS**

Defendant CenturyTel, Inc. submits the following list of witnesses and exhibits that may be used at the trial of this case.

**I.      LIST OF TRIAL WITNESSES**

    **A.      WITNESSES THAT WILL BE CALLED AT TRIAL:**

1.  Carlton Terrell

2.  Ted Hankins

3.  Tim Griffin

4.  Valerie Dodd

5.  Jim Crews

6.  William Hanchey

7.  Alfred Busbee

8.  Jeff Glover

9.  Guy Miller

10. Ivan Hughes

11. Joseph Perkins

12. Donald Carruth

13. Emily Evans

14. Cathy Quinn

15. Valerie Thompson

16. Rosemary Elebash

17. Lori Lindsey

18. Larry Callison

19. Jennifer Doherty

20. Katherine McLane

B. **WITNESSES THAT MAY BE CALLED AT TRIAL**

1  Joy Hunt

2. Aquilla Spivey

3. Tom Coker

4. John Welch

5. Jeff Zirnfus

6. Joey Baber

7. Michael P. Cole

8. Michael Westbrook

9. John Blanchard

## II.     LIST OF TRIAL EXHIBITS

Exhibit 1.     2000 Verizon Management Performance Appraisal [02373-02375]

Exhibit 2.     5/11/00 Email from C. Jones re: Regulation of Wireless Industry [02371-02372]

Exhibit 3.     2001 Verizon Year-End Performance Assessment [02365-02367]

Exhibit 4.     12/20/99 Verizon Employee Evaluation [02385-02386]

Exhibit 5.     12/20/99 Verizon Employee Evaluation With Handwriting [02387-02388]

Exhibit 6.     1/28/00 Fax Cover Sheet [02391]

Exhibit 7.     1998 Verizon Employee Performance Assessment [02378-02381]

Exhibit 8.     8/27/91 GTE Relocation Authorization Request [02423]

Exhibit 9.     1991 Resume of J. Wilson [02435-02436]

Exhibit 10.    Verizon Separation Verification Form [00050]

Exhibit 11.    Asset Purchase Agreement [02271-02349]

Exhibit 12.    CenturyTel Corporate Compliance Handbook [02571-02574]

Exhibit 13.    CenturyTel Employee Handbook [02575-02580]

Exhibit 14.    CenturyTel Process for Posting and Selection [02617-02621]

Exhibit 15.    8/29/02 Letter from Plaintiff's Counsel to Karen Pucket

Exhibit 16.    10/14/02 Letter from Stacey Goff to Plaintiff's Counsel

Exhibit 17.    Notice of EEOC Charge of Discrimination by J. Wilson [00003]

Exhibit 18.    Dismissal and Notice of Right re: EEOC Charge of J. Wilson [02585]

Exhibit 19.    Position Statement and Response to EEOC Charge of J. Wilson [02203-02210]

Exhibit 20.    Position Statement and Response to EEOC Charge of Mae B. Andrews [02211-02230]

Exhibit 21.   Position Statement and Response to EEOC Charge of Anita Gibson [02231-02244]

Exhibit 22.   Position Statement and Response to EEOC Charge of Mary P. Phares [02245-02270]

Exhibit 23.   Position Statement and Response to EEOC Charge of Cleveland R. Cannon [02490-02499]

Exhibit 24.   Position Statement and Response to EEOC Charge of John Blaskowski [02509-02570]

Exhibit 25.   CenturyTel Profile completed by J. Wilson [00494-00508]

Exhibit 26.   Resume of R. Elebash [02588-02589]

Exhibit 27.   Letters of Recommendation for R. Elebash [02586, 02587, 02590-02598]

Exhibit 28.   Posting Manager, Government Relations, No. 31-15177 [01705-01706]

Exhibit 29.   10/17/03 Email from W.P. Hanchey to T. Hankins Recommending Applicants for Interviews [01708]

Exhibit 30.   Resume of L. Lindsey [01622-01623, 02613-02614]

Exhibit 31.   5/7/03 Application of J. Wilson for Manager, Government Relations Position [02642]

Exhibit 32.   List of Responses to Internet Posting of Manager, Government Relations Position with Handwriting [01598-01599]

Exhibit 33.   4/29/03 Emails among J. Crews, T. Hankins and Human Resource Personnel re: Approval to Post Manager, Government Relations Position [01697]

Exhibit 34.   Approval to Post Manager, Government Relations Position with Handwriting [01698]

Exhibit 35.   Draft, Revised Posting for Manager, Government Relations Position [01699-01604]

Exhibit 36.   4/30/03 Emails re: Approval of Posting for Manager, Government Relations Position [01693]

Exhibit 37.   Email from J. Crews to S. Williams re: Line of Reporting for Manager, Government Relations Position [01707]

Exhibit 38.   7/16/03 Email from W. Hanchey to J. Crews re: Letters to Applicants [01634]

Exhibit 39.    J. Doherty Application for Employment [02599-02601]

Exhibit 40.    Resume of J. Doherty [02628-02629]

Exhibit 41.    Posting for Manager, Area Public Relations [01509-01510]

Exhibit 42.    List of Applicants Responding to Internet Posting for Manager, Area Public Relations Position [01511-01512]

Exhibit 43.    6/17/03 Letters to Interviewees for Manager, Area Public Relations Position [01514-01520]

Exhibit 44.    Handwritten Note by J. Hunt to J. Doherty

Exhibit 45.    6/17/03 Email from J. Crews to V. Dodd [01513]

Exhibit 46.    6/11/03 Email from V. Dodd to J. Crews With Handwriting [01521]

Exhibit 47.    Application of J. Wilson for Manager, Area Public Relations Position [01578-01580]

Exhibit 48.    Draft Posting for Manager, Area Public Relations With Handwriting [01589-01595]

Exhibit 49.    Posting for Manager, Area Public Relations [01584-01585]

Exhibit 50.    3/4/03 Emails re: Posting of Manager, Area Public Relations Position [01586-01588]

Exhibit 51.    Posting for Manager, Region Public Relations [01187]

Exhibit 52.    Form Letters to Internal and External Candidates re: Cancellation of Manager, Region Public Relations Position [01191, 01193]

Exhibit 53.    V. Thompson Application for Manager, Region Public Relations Position [01194-01197]

Exhibit 54.    Posting for Manager, Region Public Relations Position [01217-01218]

Exhibit 55.    Application of J. Wilson for Manager, Region Public Relations Position [01221-01223]

Exhibit 56.    Handwritten Note re: Conversation with J. Wilson re: Application for Manager, Region Public Relations Position [01286]

Exhibit 57.   9/13/02 Emails from K. Flynn re: Posting of Manager, Region Public Relations Position [01290]

Exhibit 58.   9/30/02 Email from J. Crews to V. Dodd re: Applications for Manager, Region Public Relations Position [01289]

Exhibit 59.   List of Applicants Responding to Internet Posting of Manager, Region Public Relations Position [01293-01294]

Exhibit 60.   12/12/02 Letter to J. Wilson re: Cancellation of Manager, Region Public Relations Position [00357]

Exhibit 61.   Posting for Business Sales Manager Position [01822]

Exhibit 62.   Handwritten Note from J. Crews to T. Griffin re: Responses to Posting of Business Sales Manager Position [01823-01824]

Exhibit 63.   Resume of John Welch [01865-01868]

Exhibit 64.   Posting for Manager, Area Operations II, No. 31-20203 [01019]

Exhibit 65.   5/21/02 Email from E. Long to J. Crews re: Posting of Manager, Area Operations Position [01024]

Exhibit 66.   5/21/02 Email from D. Arnold to J. Crews re: Posting of Manager, Area Operations Position [01025]

Exhibit 67.   Application of D. Carruth for Manager, Area Operations Position [01031-01032]

Exhibit 68.   Application of J. Wilson for Manager, Area Operations Position [01087-01089]

Exhibit 69.   Posting for Manager, Area Retail Store, No. 31-20202 [01296-01297]

Exhibit 70.   12/4-5/02 Emails between I. Hughes and J. Crews re: Re-Posting of Manager, Area Retail Store Position [01299]

Exhibit 71.   12/4/02 Emails re: Application of J. Wilson for Manager, Area Retail Position and Other Positions [01300-01301]

Exhibit 72.   12/4/02 Emails between I. Hughes and J. Crews re: Hiring Freeze Affecting Manager, Retail Store Position [01302-01303]

Exhibit 73.   Application of V. Thompson for Manager, Retail Store with Handwriting [01304]

| | |
|---|---|
| Exhibit 74. | Application of V. Thompson for Manager, Area Retail Store, No. 31-20202 [01305-01308] |
| Exhibit 75. | Verizon Excellence Awards Nomination of V. Thompson |
| Exhibit 76. | 5/7/02 Record of Sales of V. Thompson |
| Exhibit 77. | 10/18/02 Email from J. Crews to B. Mosher re: Job Grade for Manager, Retail Store Position |
| Exhibit 78. | 2/10-11/03 Emails re: Decision to Fill Retail Store Position [01315] |
| Exhibit 79. | List of Applicants Responding to Internet Posting of Manager, Area Retail Store [01319-01320] |
| Exhibit 80. | Application of J. Wilson for Manager, Area Retail Store, No. 31-20202 [01361-01363] |
| Exhibit 81. | List of Applicants Responding to Internet Posting for Manager, Retail Store [01368] |
| Exhibit 82. | Application of V. Thompson for Manager, Retail Store, No. 31-20202 [01384-01387] |
| Exhibit 83. | Application of J. Wilson for Manager, Retail Store Position, No. 31-20202 [01390-01392] |
| Exhibit 84. | 10/18/02 Email from J. Crews to B. Mosher re: Job Grade for Manager, Retail Store Position [01401] |
| Exhibit 85. | 10/4,7/02 Emails between J. Crews and T. Griffin re: Job Grade for Manager, Retail Store Position and Re-Posting Thereof [01402] |
| Exhibit 86. | 9/27/02 Email from A. Aultz to J. Crews re: Approval to Post Area Retail Store Manager Position [01405] |
| Exhibit 87. | Application of J. Wilson for Manager, Governmental Affairs, Jacksonville, AR [00946-00947] |
| Exhibit 88. | List of Applicants Responding to Internet Posting of Manager, Government Affairs, Jacksonville, AR [01003-01004] |
| Exhibit 89. | 12/4/02 Email from T. Hankins to S. Belton re: Interviews for Manager, Government Affairs, Jacksonville, AR Position [01013] |

| | |
|---|---|
| Exhibit 90. | Posting for Manager, Government Affairs, Jacksonville, AR, No. 14-15177 [01015-01016] |
| Exhibit 91. | Application for Employment by A. Busbee for Manager, Governmental Affairs, Jacksonsville, AR Position [00951-00957] |
| Exhibit 92. | Resume of L. Callison [00958] |
| Exhibit 93. | Application of J. Wilson for Manager, Legislative, Jacksonville, AR Position, No. 14-24326 [01753-01755] |
| Exhibit 94. | Resume of K. McLane [01770-01771] |
| Exhibit 95. | 9/8/03 Email from J. Best to T. Moore re: Posting Manager, Legislative, Jacksonville, AR Position Internally [01804] |
| Exhibit 96. | List of Applicants Responding to Internet Posting of Manager, Legislative, Jacksonville, AR [01790-01791] |
| Exhibit 97. | Application for Employment by K. McLane for Manager, Legislative, Jacksonville, AR [01772-01777] |
| Exhibit 98. | Posting for Manager, Legislative, Jacksonville, AR Position, No. 14-24326 [01805-01806] |
| Exhibit 99. | Posting for Manager, Carrier Relations, No. 10-1197 [01108-01110] |
| Exhibit 100. | Application of J. Wilson for Manager, Region Carrier Relations Position [01183-01185] |
| Exhibit 101. | Posting for Manager, Government Relations, Monroe, LA, No. 10-23176 [01409-01410] |
| Exhibit 102. | Resume of L. Callison [01413] |
| Exhibit 103. | Application of J. Wilson for Manager, Government Relations, Monroe, LA Position [01501-01503] |
| Exhibit 104. | Posting for Manager, Carrier Relations, No. 10-11577 [00283-00284] |
| Exhibit 105. | Resume of G. Miller [00280-00281] |

Exhibit 106.  Excerpts from Memorandum re: Decision to Fill Manager, Carrier Relations, Monroe, LA and Manager, Carrier Relations, Montgomery, AL Positions [00278-00279]

Exhibit 107.  Handwritten Notes re: Interview [00282]

Exhibit 108.  Application of J. Wilson for Manager, Carrier Relations, Monroe, LA Position [00340-00342]

Exhibit 109.  Posting for Manager, Quality Assurance Position, No. 10-7821 [00736-00737]

Exhibit 110.  Application of J. Wilson for Manager, Quality Assurance, Monroe, LA Position [00918-00920]

Exhibit 111.  All Applications Submitted for the Manager, Carrier Relations, Monroe, LA, No. 10-11577

Exhibit 112.  All Applications Submitted for the Manager, Quality Assurance, Monroe, LA, No. 10-7821

Exhibit 113.  All Applications Submitted for the Manager, Governmental Affairs, Jacksonville, AR No. 14-15177

Exhibit 114.  All Applications Submitted for the Manager, Area Operations, Pell City, AL, No. 13-20203

Exhibit 115.  All Applications Submitted for the Manager, Carrier Relations, Montgomery, AL No. 10-11971

Exhibit 116.  All Applications Submitted for the Manager, Region Public Affairs, Pell City, AL No. 31-12765

Exhibit 117.  All Applications Submitted for the Manager, Area Retail Store, Dothan, AL, No. 31-20202

Exhibit 118.  All Applications Submitted for the Manager, Government Relations, Monroe, LA No. 10-23176

Exhibit 119.  All Applications Submitted for the Area Manager, Public Relations, Dothan, AL No. 31-20659

Exhibit 120.  All Applications Submitted for the Manager, Government Relations, Montgomery, AL

No. 31-15177

Exhibit 121. All Applications Submitted for the Manager, Legislative, Jacksonville, AR, No. 31-20202

Exhibit 122. August 2003 AHA Benefits Statement for J. Wilson [00004]

Exhibit 123. February 2003 AHA Benefits Statement for J. Wilson [00003]

Exhibit 124. July 2003 AHA Performance Objectives, Appraisal and Development Summary 2000-2003 for J. Wilson [00005-00025]

Exhibit 125. Application for Employment with AHA by J. Wilson [00026-00030]

Exhibit 126. 11/18/02 Offer of Employment with AHA to J. Wilson [00031]

Exhibit 127. AHA Personnel Action Form re: Hire of J. Wilson [00032]

Exhibit 128. AHA Personnel Action Form re: Transfer to Part-Time Status [00033]

Exhibit 129. 6/24/03 Letter from P. Latino to J. Wilson re: reduction in hours and pay [00329-00330]

Exhibit 130. 12/15/03 AHA Earnings Statement of J. Wilson

Exhibit 131. 9/22/02 Cover Letter from J. Wilson to AHA

Exhibit 132. 2003 AHA Wage and Tax Statement for J. Wilson

Exhibit 133. AHA Payroll Record of 8/23/04 Pay Increase for J. Wilson

Exhibit 134. 2002 IRS Income Tax Return for J. Wilson [00341-00354]

Exhibit 135. 2003 IRS Income Tax Return for J. Wilson

Exhibit 136. All Documents Produced by Plaintiff

Exhibit 137. All Documents Produced by Defendant

Exhibit 138. All Documents Needed by Defendant for Rebuttal

Exhibit 139. All Documents Needed by Defendant for Impeachment

Exhibit 140.   All Documents Attached to or Identified in the Expert Report of Joseph Perkins

Exhibit 141.   Deposition of John M. Wilson and Exhibits Thereto

Exhibit 142.   Deposition of William Hanchey and Exhibits Thereto

Exhibit 143.   Deposition of Jeffrey Glover and Exhibits Thereto

Exhibit 144.   Deposition of Ted Hankins and Exhibits Thereto

Exhibit 145.   Deposition of Ivan Hughes and Exhibits Thereto

Exhibit 146.   Deposition of Lori Lindsey and Exhibits Thereto

Exhibit 147.   Deposition of Jim Crews and Exhibits Thereto

Exhibit 148.   Deposition of Valerie Dodd and Exhibits Thereto

Exhibit 149.   Deposition of Jennifer Doherty and Exhibits Thereto

Exhibit 150.   Deposition of Valerie Thompson and Exhibits Thereto

Exhibit 151.   Deposition of Jim Crews and Exhibits Thereto

Exhibit 152.   Deposition of Joseph Perkins and Exhibits Thereto

Exhibit 153.   Deposition of Michael Westbrooks and Exhibits Thereto

Exhibit 154.   Deposition of Commissioner Jan Cook and Exhibits Thereto

Exhibit 155.   Deposition of Thomas Coker and Exhibits Thereto

Exhibit 156.   Chart Analyzing Alleged Back Pay of J. Wilson

Exhibit 157.   Chart of Interim Earnings by J. Wilson

   Defendant reserves the right to amend or supplement these lists of trial witnesses and exhibits as other, additional evidentiary materials become available or are deemed necessary to defend against Plaintiff's claims at trial.

                                              Respectfully submitted,


                                               /s/ Charles M. Elmer

                                              ONE OF THE COUNSEL FOR DEFENDANT,
                                              Centurytel, Inc.

OF COUNSEL:
Charles M. Elmer (AL# ASB-9474-E51C)
Latanishia D. Watters (AL# ASB-1576-A37W)
**HASKELL, SLAUGHTER, YOUNG & REDIKER, LLC**
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
(205) 251-1000
(205) 324-1133 - Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

M. Wayne Sabel, Esq.
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106
Ph: 334-271-2770
Fax: 334-277-2882

                                  /s/ Charles M. Elmer
                                  OF COUNSEL

406810